

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2018

No. 04-17-00440-CV

**EX PARTE PETER BURTON,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI09461
The Honorable Renee A. Yanta, Judge Presiding

# **O R D E R**

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due April 3, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court